IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH W. CLARK,

        Plaintiff,

vs.

F. MATTHEW AERNI, CLARISSA SHADA, TERRY DALE LOMACK, and DAN NOLTE,

        Defendants.

8:24CV392

MEMORANDUM AND ORDER

    This matter is before the Court on Plaintiff Kenneth W. Clark's ("Clark") "Motion to Court Contemp [sic] 25-2121" dated November 24, 2024, and filed on December 6, 2024. Filing No. 21. Much of Plaintiff's motion consists of unintelligible string citations of legal terms and what the Court assumes are Nebraska state statutes,[1] similar to what Plaintiff alleged in his Complaint, Filing No. 1, which the Court dismissed without prejudice on November 27, 2024. *See* Filing No. 18; Filing No. 19. However, Plaintiff does ask in his motion for the Court "to serve defendant all motion been file. Conflict of interest no contact from violat the law court contemp." Filing No. 21 at 1 (spelling as in original).

    Because the Court has dismissed Plaintiff's Complaint for failure to state a claim for relief, Plaintiff's request to have the defendants served is denied as moot. To the extent Plaintiff seeks any other relief, such request is denied as his motion is unintelligible and this case is closed.

---

[1] Plaintiff also attached to his motion copies of Neb. Rev. Stat. §§ 29-402 (arrest by person not an officer), 29-742 (arrest without warrant by officer or citizen), and 28-915 (perjury; subornation of perjury; penalty). Filing No. 21 at 2–4.

IT IS THEREFORE ORDERED that: Plaintiff Kenneth W. Clark's "Motion to Court Contemp [sic] 25-2121," Filing No. 21, is denied.

Dated this 17th day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge